# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| HUTCHINSON SEALING SYSTEMS, INC. | Case No. |
| *Plaintiff,* | Hon. |
| v. | |
| ADVANCED CONTROL SOLUTIONS & AUTOMATION, INC. | |
| *Defendant.* | |

## INDEX OF EXHIBITS TO COMPLAINT

| Exhibit | Document |
|---|---|
| A | Terms and Conditions |
| B | Purchase Order P097845 dated September 16, 2020 |
| C | Safety Notice |