# EXHIBIT B

# HUTCHINSON®

**Hutchinson Sealing Systems, Inc**
3201 Cross Creek Parkway
Auburn Hills, MI 48326
Phone: 248-375-3720

# PURCHASE ORDER

P.O. Number: **P097845**
Revision #:
Date: September 16, 2020

**VENDOR:**
ADVANCED CONTROL SOLUTION
1400 WILLIAMS DR.
MARIETTA GA 30066

**SHIP TO:**
CHURCH HILL SHIP TO:
HUTCHINSON SEALING SYSTEMS INC (CH)

309 PRESS ROAD
CHURCH HILL TN 37642

**Order Placed With**
Alex Gillian
Phone: 770-956-7202
Fax:

**BILL TO:**
CHURCH HILL BILL TO:
HUTCHINSON SEALING SYSTEMS INC
hssap.invoices@hutchinsonna.com
309 PRESS ROAD
CHURCH HILL TN 37642

| Vendor # | Ship Via | Incoterms | Terms | Delivery Date |
|---|---|---|---|---|
| R00142 | CH ROBINSON | Ship Point | NET 30TH PROX | **See Body** |
| Special Charges | Buyer | Buyer Phone | Buyer Email | |
| | MICHAEL BELL | 1-423-357-2021 | michael.bell@hutchinsonna.com | |

**PO Comments**

Requisitioned by Randy Atchley on E-Req # R130752
Supplier - Please ship UPS using account # X492W1. If not eligible for UPS, please contact CH Robinson @ 1-865-246-6849 or email: hutchinson-sna@chrobinson.com to schedule a delivery. Thank you!
Receiving Instructions - Attn: Randy Atchley

| PART NUMBER | DESCRIPTION | QTY | U/M | UNIT PRICE | CUR | AMOUNT | DELIVERY DATE |
|---|---|---|---|---|---|---|---|
| WA000 | GENERIC EQUIPMENT | 3.00 | EA | 42,400.0000 | USD | 127,200.00 | 11/20/2020 |
| | Part no. 10021 MIR200 with 2 batteries: Incl. International | | | | | | |
| | freight/fees, per quote PROJ-25356/2-1 dated Sept 11, 2020. | | | | | | |
| WA000 | GENERIC EQUIPMENT | 2.00 | EA | 3,900.0000 | USD | 7,800.00 | 11/20/2020 |
| | Part no. 130006 MIR charge 24v: incl. Intl Freight/Fees (MIR100/200 only), | | | | | | |
| | per quote PROJ-25356/2-1 dated Sept 11, 2020. | | | | | | |
| WA000 | GENERIC EQUIPMENT | 1.00 | EA | 9,050.0000 | USD | 9,050.00 | 11/20/2020 |

Page 1 of 2

**Hutchinson Sealing Systems, Inc**  P.O. Number: **P097845**

| PART NUMBER | DESCRIPTION | QTY U/M | UNIT PRICE CUR | AMOUNT | DELIVERY DATE |
|---|---|---|---|---|---|
| | Part no. 130020  MiR fleet server (max. 100 robots),  per quote PROJ-25356/2-1 dated Sept 11, 2020. | | | | |
| WA000 | GENERIC EQUIPMENT | 3.00 EA | 9,319.0000 USD | 27,957.00 | 11/20/2020 |
| | Part no. 265a2400  TMC300 Ext top module for Cart300.  Ensures access to emergency stop with cargo up to 1, 2m, E,G, Euro pallets with Cart300 rails,  per quote PROJ-25356/2-1 dated Sept 11, 2020. | | | | |
| WA000 | GENERIC EQUIPMENT | 16.00 EA | 1,989.0000 USD | 31,824.00 | 11/20/2020 |
| | Part no. 265a3100  Carts with mechanism for easily removable dock station,  per quote PROJ-25356/2-1 dated Sept 11, 2020 | | | | |
| WA000 | GENERIC EQUIPMENT | 16.00 EA | 800.0000 USD | 12,800.00 | 11/20/2020 |
| | Part no. 265a1400  Cart300 rails for pallet transportation,  per quote PROJ-25356/2-1 dated Sept 11, 2020. | | | | |
| WA000 | GENERIC EQUIPMENT | 12.00 EA | 1,204.5700 USD | 14,454.84 | 11/20/2020 |
| | Part no. 265a6100  Floor mounted docking station for Rack,  per quote PROJ-25356/2-1 dated Sept 11, 2020. | | | | |
| WA000 | GENERIC EQUIPMENT | 10.00 EA | 500.0000 USD | 5,000.00 | 11/20/2020 |
| | Part no. MISCITEM  Wise 4 button I/O box,  per quote PROJ-25356/2-1 dated Sept 11, 2020. | | | | |
| | | | TOTAL | 236,085.84 | |

**Subject to Hutchinson Sealing Systems General Terms & Conditions at http://www.hutchinsonsealing-purchasing.com**

**PURCHASE ORDER WILL BE HONORED FOR ITEMS, SERVICES, AND/OR PRICES LISTED.  GOODS AND/OR SERVICES THAT ARE PROVIDED BEYOND THE APPROVED AMOUNT ARE THE SUPPLIER'S RESPONSIBILITY.**