# EXHIBIT C



**Safety Notice**

Mobile Industrial Robots A/S expressly disclaims liability for any damages or injuries caused as a result of customer's failure to operate the robot in strict compliance with the User Manuals, and failure to follow and implement the recommendations in this Safety Notice.



| Subject: | **SAFETY NOTICE:** Lithium batteries, 24V and 48V |

**Products and product serial numbers:** This Safety Notice comprises robot models with the following numbers:
All MiR100, MiR200, MiR500, and MiR1000 with **15-digit serial numbers.**

All models with **9-digit serial numbers** up to the below stated serial numbers.

| MiR100 w. 1 battery: | 201703313 | MiR200 w. 1 battery: | 201903139 | MiR500: | 202503134 |
|---|---|---|---|---|---|
| MiR100 w. 2 batteries: | 201803068 | MiR200 w. 2 batteries: | 202003094 | MiR1000: | 2026030 XX |
| MiR100 BOR: | 2021031 XX | MiR100 CN: | 202203076 | | |

| **Issued by:** | Claus Jørgensen, Safety & Compliance Manager |

| **Date:** | **July 26, 2021,** *superseding version dated December 17, 2020* |

The December 17, 2020 Safety Notice identified the need to prevent deep discharging of the batteries. As a result, software was released to protect against deep discharging.

MiR did an exhaustive assessment of the batteries in the affected products. There remains a risk of overheating with a possibility of a fire happening. Therefore, battery replacement is recommended. This will be provided at no charge for the affected MiR robots.

The logistics for the manufacture and distribution of new batteries is a major undertaking. In the interim, there is a software update that will monitor and limit the total charge of these existing batteries. Use of this software will have an impact on the runtime between charging.

 **WARNING: Lithium batteries can overheat and cause a fire.**

 **Read the instructions, download the software, and update the MiR robots.**

 **Obtain and keep nearby suitable extinguishing media in case of lithium-ion battery fires.**

**Find the serial number:**

Check the product serial number (S/N) on the robot's identification label. To see where the labels with serial numbers are located, see *Identification labels* on the MiR website under **Solutions**.

**Until the battery can be replaced, MiR recommends reducing the risk by the in the following way:**

**Go to the Distributor site > Download and download the software. Follow the instructions in the guide** *How to implement the battery safety measures from Safety notice.* **The guide is found on the Distributor site under Batteries > How to guides.**

The software update reduces the maximum state of charge of the battery to 50%. Limiting the maximum state of charge reduces the risk of overheating and causing a fire. In addition, the software limits the charging current to 20A for MiR500 and MiR1000 robots.

Additional important instructions for the use of chargers are found in the guide *How to use chargers on MiR robots with deprecated batteries* on the Distributor site > Batteries > How to guides.

**To those customers who decide NOT to follow this recommendation, an alternate solution is made available in the guide *How to change the battery state of charge limit*.** This solution will instead reduce the maximum state of charge to 80%. With this solution the risk of fire will remain but have been made less probable. Therefore, additional measures





**Safety Notice**   Mobile Industrial Robots A/S expressly disclaims liability for any damages or injuries caused as a result of customer's failure to operate the robot in strict compliance with the User Manuals, and failure to follow and implement the recommendations in this Safety Notice.

are recommended: Supervise the robot during charging, remove flammable material close to the charger, and move the charger if it is positioned near an emergency exit.

**Replacement of batteries**

A plan for replacement of all batteries will be communicated as soon as it is available.

**Questions about this safety notice?**

Contact your local MiR representative directly or send an email to safetynotices@mir-robots.com. Your email will be re-directed to your regional MiR Technical Support Manager. FAQs are posted on the Distributor site > Batteries > FAQ.